AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Duston Lee Scharbrough )<br>*Plaintiff* )<br>v. )<br>State of Ohio )<br>*Defendant* ) | Civil Action No.  2:19-CV-288 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order signed Issued 5/13/2018 - The Magistrate Judge's Reports and Recommendations (Yohn ECF No. 11; Scharbrough ECF No. 12) are ADOPTED. Plaintiffs' Objections to the Reports and Recommendations (Yohn ECF No. 12; Scharbrough ECF No. 13) are OVERRULED. The above captioned cases are DISMISSED WITHOUT PREJUDICE. The Court shall not assess the filing fee in these matters. If the Plaintiffs re-file, they are ORDERED to list these actions related cases. All pending motions shall be TERMINATED..

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  05/13/2019

CLERK OF COURT

_Christie M. Werr_
Signature of Clerk or Deputy Clerk